IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHELLE D. CONNELL, and ) <br> HI-TECH BEDS SYSTEMS, CORPORATION, ) <br> a Wyoming corporation, ) <br>             Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE UNITED STATES, ) <br>             Defendant, ) <br> and ) <br> ) <br> CLARK/BLINDERMAN/KNIGHT LLC, et al., ) <br>             Third Party Defendants. ) <br> ) | No. 09-579C <br><br> Judge Mary Ellen Coster Williams |

**PLAINTIFFS' RESPONSE TO PARTIAL MOTION TO DISMISS
AND MOTION TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs, MICHELLE D. CONNELL (Connell) and HI-TECH BEDS SYSTEMS, CORPORATION (Hi-Tech) agree with the following law set out in Defendant's Partial Motion to Dismiss:

1. The Government can be liable for only direct infringement and not inducement of infringement or contributory infringement. *Decca Ltd. v. United States*, 225 Ct.Cl. 326, 640 F.2d 1156 (1980).

2. The primary relief available under the Tucker Act consists of monetary damages, and the court's authority to issue certain types of equitable relief is limited to relief which is "an incident of and collateral to" an appropriate monetary award. 28 U.S.C. § 1491(a)(2); *Massie v. U.S*. 226 F.3d 1318 (C.A.Fed., 2000).

Pursuant to Rule 15(a)(2) of the United States Court of Federal Claims, Plaintiffs move to file the attached First Amended Complaint. The First Amended Complaint addresses the issues raised in the Defendant's Partial Motion to Dismiss as follows:

(1) The patent infringement claims are re-organized as Claims One and Two;  claims

for inducement have been removed; and

    (2)    Claims for equitable relief have been moved to the Fifth and Sixth Claims. Those claims have been clarified and narrowed as follows:

    a. The Fifth Claim requests declaratory and injunctive relief incident and collateral to claims for monetary relief; the Fifth Claim sets out alleged violations of Federal Acquisition Regulations;

    b. The Sixth Claim requests declaratory relief incident and collateral to the First and Second Claims for relief. The requested relief is likely to be addressed by the Court of Appeals for the Federal Circuit, but if not, the relief must be provided to ensure that any rulings and relief provided by this Court are consistent with the matter now pending in the United States District Court for the Northern District of Illinois, Eastern Division as Case No. 04 C 194.

Plaintiffs' counsel contacted Defendant's counsel on this response/motion, and Defendant's counsel stated that Defendant does not oppose the entry of the attached First Amended Complaint. However, Defendant's counsel stated that ita does not believe that the issues raised in its Motion to Dismiss have been fully addressed by the First Amended Complaint, and that therefore Defendant intends to file a Reply to Plaintiff's Response, as provided by the Rules of the Court of Federal Claims.

Dated this 22nd day of February, 2010.

Respectfully submitted,


 /s/ Philip A. Nicholas
Philip A. Nicholas
Nicholas & Tangeman, LLC
170 North Fifth Street
P.O. Box 928
Laramie, WY 82073-0928
(307) 742-7140
(307) 742-7160

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2010, I electronically filed the above pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to Defendant's and Third Party Defendants' counsel of record:

John J. Fargo
Christopher L. Crumbly
Kate P. Ryzoc
William J. Grimaldi
Intellectual Property Staff
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC  20530

Robert A. Aucther
McKool Smith P.C.
1700 K Street NW, Suite 740
Washington, D.C. 20006


By:   /s/ Philip A. Nicholas